**EXHIBIT A TO ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*[1] | Case No. 18-11736 (BLS) |
| Debtors. | (Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of HERITAGE HOME GROUP, LLC, *et al.*, | Adv. Proc. No. 20-50715 (BLS) |
| Plaintiff, | |
| vs. | |
| WATKINS AND SHEPARD TRUCKING, INC., | |
| Defendant. | |

**STIPULATION EXTENDING DEADLINE FOR
DEFENDANT TO RESPOND TO THE COMPLAINT**

Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust (the "Plaintiff") and Defendant Watkins and Shepard Trucking, Inc. (the "Defendant") in this adversary proceeding, by and through their respective counsel, hereby stipulate and agree as follows:

1. On July 16, 2020, the Plaintiff filed the Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550 (the "Complaint") in the above captioned adversary proceeding against the Defendant.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

2. The deadline for the Defendant to answer, move or otherwise respond to the Complaint was scheduled for August 17, 2020.

3. The Plaintiff has agreed to give the Defendant an extension of approximately thirty (35) days so that the deadline for the Defendant to answer, move or otherwise respond to the Complaint shall be September 21, 2020.

4. This Stipulation is without prejudice to the rights of the parties to seek a further continuation of this deadline.

5. This Stipulation may be executed by facsimile and in any number of counterparts, each of which when so executed shall be deemed an original, but all such counterparts shall constitute but one and the same Stipulation.

Dated:  August 14, 2020  
        Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*  
Bradford J. Sandler (DE Bar No. 4142)  
Andrew W. Caine (CA Bar No. 110345)  
Peter J. Keane (DE Bar No. 5503)  
Steven W. Golden (TX Bar No. 24099681)  
919 North Market Street, 17th Floor  
P.O. Box 8705  
Wilmington, DE 19899-8705 (Courier 19801)  
Telephone: (302) 652-4100  
Facsimile:  (302) 652-4400  
Email:     bsandler@pszjlaw.com  
          acaine@pszjlaw.com  
          pkeane@pszjlaw.com  
          sgolden@pszjlaw.com

*Counsel to Plaintiff, Alfred T. Giuliano, chapter 7 Trustee for the Estates of Heritage Home Group, LLC, et al.*

McGUIREWOODS LLP

*/s/ Alexandra Shipley*
Alexandra Shipley
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Telephone:  312 849 8253
Facsimile:   312 698 4537
Email:  ashipley@mcguirewoods.com

*Attorneys for Defendant Watkins and Shepard Trucking Inc.*